UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17 P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL NO. 04-10835MEL

| | |
|---|---|
| DAVID M. GOLDEN, Plaintiff, | ) ) ) ) |
| VS. | ) ) |
| COUNTY OF SUFFOLK, Defendant | ) ) ) |

(CONSOLIDATED)
PLAINTIFFS' MOTIONS
TO AMEND COMPLAINT
PURSUANT TO FED.R.Civ. P.15

CIVIL NO. 04-10837RGS

| | |
|---|---|
| JOHN T. CONNOLLY, Plaintiff, | ) ) ) ) |
| VS. | ) ) |
| COUNTY OF SUFFOLK, Defendant | ) ) ) ) |

CIVIL NO. 04-11001EFH

| | |
|---|---|
| THOMAS P. CROSBY, Plaintiff, | ) ) ) ) |
| VS. | ) ) |
| COUNTY OF SUFFOLK, Defendant | ) ) ) |

CIVIL NO. 04-10838GAO

MICHAEL J. DWYER,  )
Plaintiff,         )
                   )
        VS.        )
                   )
COUNTY OF SUFFOLK, )
Defendant          )

CIVIL NO. 04-10836RGS

EDWARD R. ELLIES,  )
Plaintiff,         )
                   )
        VS.        )
                   )
COUNTY OF SUFFOLK, )
Defendant          )

CIVIL NO. 04-10839PBS

ROBERT T. WISNIEWSKI, JR. )
Plaintiff,         )
                   )
        VS.        )
                   )
COUNTY OF SUFFOLK, )
Defendant          )

Now come the above-named (consolidated) Plaintiffs and respectfully move pursuant to FED.R. Civ. P. 15 that each be allowed to amend their complaints , as follows :

By adding the following paragraph 7A, to wit:

"7A. On said date, the Defendant , in violation of Commonwealth

of Massachusetts Regulation 105 CMR 451.321, forced the plaintiff to share said cell, which cell's dimension was less than 210 (two hundred ten) square feet, with two (2) other inmates.".

By their Attorney,

ROBERT H. TOBIN, JR.
TOBIN AND TOBIN, P.C.
735 South Street
Roslindale, MA 02131
Tel. (617) 325-1010
BBO NO. 499425

Dated: 6/16/04

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Counsel for the Plaintiffs hereby certifies pursuant to Local Rule 7.1 that he contacted counsel for the Defendant by telephone on June 16, 2004, in an attempt to resolve the issues raised by the instant motion.

Robert H. Tobin, Jr.

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand/by fax.
Date: 6/16/04