UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-10836-MEL

| | |
|---|---|
| EDWARD R. ELLIES,<br>Plaintiff | )<br>)<br>) STIPULATION OF VOLUNTARY<br>) DISMISSAL |
| VS. | )<br>) |
| COUNTY OF SUFFOLK,<br>Defendant | )<br>)<br>) |

Now comes the parties and stipulate pursuant to F.R Civ. P. Rule 41(a)(1) that the above-captioned action as to consolidated plaintiff Edward R. Ellies only, be voluntarily dismissed, without prejudice and without costs.

_____
ATTORNEY FOR PLAINTIFF
ROBERT H. TOBIN, JR.
TOBIN AND TOBIN, P.C.
735 South Street
Roslindale, MA 02131
Tel. (617) 325-1010
BBO NO. 499425

_____
ATTORNEY FOR DEFENDANT
ELLEN M. CAULO
SUFFOLK COUNTY SHERIFF'S DEPARTMENT
200 Nashua Street
Boston, MA 02114
Tel. (617) 989-6681
BBO NO. 545250

DATED: 10/15/04