UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-~~10837~~-MEL   10835

|  |  |
|---|---|
| JOHN T. CONNOLLY, )<br>Plaintiff )<br>     )<br>    VS.    )<br>     )<br>COUNTY OF SUFFOLK, )<br>Defendant ) | STIPULATION OF VOLUNTARY DISMISSAL |

Now comes the parties and stipulate pursuant to F.R Civ. P. Rule 41(a)(1) that the above-captioned action as to consolidated plaintiff John T. Connolly only, be voluntarily dismissed, without prejudice and without costs.

_____
ATTORNEY FOR PLAINTIFF
ROBERT H. TOBIN, JR.
TOBIN AND TOBIN, P.C.
735 South Street
Roslindale, MA 02131
Tel. (617) 325-1010
BBO NO. 499425

x_____
ATTORNEY FOR DEFENDANT
ELLEN M. CAULO
SUFFOLK COUNTY SHERIFF'S DEPARTMENT
200 Nashua Street
Boston, MA 02114
Tel. (617) 989-6681
BBO NO. 545250

DATED: 12/27/05

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by fax.

12/27/05

LAW OFFICE

## TOBIN AND TOBIN, P.C.

ROBERT H. TOBIN, JR.
MICHAEL J. TOBIN

735 SOUTH STREET
ROSLINDALE, MA 02131-1705

TEL (617) 325-1010
FAX (617) 325-1055

December 27, 2005

Clerk, Civil Business
United States District Court
1 Courthouse Way
Boston, MA 02210

**RE: JOHN T. CONNOLLY**
**VS. COUNTY OF SUFFOLK**
   Civil No. 04-~~10987~~-MEL
              10835

Dear Sir or Madam:

   Please find enclosed the following:

   1.   STIPULATION OF VOLUNTARY DISMISSAL without prejudice of plaintiff John T. Connolly only regarding the above-numbered case.

   Kindly file and take the necessary action on our behalf.

   Thank you.

                                Sincerely,

                                ROBERT H. TOBIN, JR.

RHT/wn
enclosure
cc: Ellen M. Caulo, Esq.