FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 JUN -9  P 1:40

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL NO. 04-10835-MEL

| | |
|---|---|
| DAVID M. GOLDEN, ET ALS, ) | CONSOLIDATED PLAINTIFF |
| Plaintiffs ) | MICHAEL J. DWYER'S |
| ) | MOTION TO AMEND COMPLAINT |
| ) | PURSUANT TO |
| VS. ) | FED.R. CIV. P. RULE 15 |
| ) | |
| COUNTY OF SUFFOLK, ) | |
| Defendant ) | |

Now comes the consolidated plaintiff Michael J. Dwyer only and moves pursuant to FED. R. Civ. P. Rule 15 that he be allowed to amend his complaint, as follows:

By striking the words "January 17, 2003" wherever they appear in said complaint and substituting therefor the words "January 14, 2003".

Plaintiff reasserts his claim to trial by jury to the extent allowable by law.

By his Attorney,

ROBERT H. TOBIN, JR.
TOBIN AND TOBIN, P.C.
735 South Street
Roslindale, MA 02131
Tel. (617) 325-1010
B.B.O. NO.499425

Dated: 6/7/06

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Counsel for the plaintiffs hereby certifies pursuant to Local

1

Rule 7.1 that he contacted counsel for the defendant by telephone on June 5, 2006, in an attempt to resolve the issues raised by the instant motion.

_____
ROBERT H. TOBIN, JR.

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand/by fax.
Date: 6/8/06