UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
DAVID M. GOLDEN, et. al.,     )
Plaintiffs                    )
                              )
v.                            )     CIVIL ACTION NO:  04-10835-MEL
                              )
COUNTY OF SUFFOLK,            )
Defendant                     )
_____ )
```

## NOTICE OF APPEARANCE

TO THE CLERK IN THE ABOVE NAMED COURT:

    Please enter my appearance as Attorney for the Defendant in the above-entitled action.

                                                Respectfully Submitted,
                                                For the Defendant
                                                By Her Attorney

                                                /s/ Alison G. Fabella
                                                Alison G. Fabella, Esquire
                                                B.B.O. # 654858
                                                Assistant General Counsel
                                                Suffolk County Sheriff's
                                                Department
                                                200 Nashua Street
                                                Boston, MA  02114
Date:  January 26, 2007                    (617) 961- 6678

## CERTIFICATE OF SERVICE

    I hereby certify that on this date I served a copy of the foregoing document upon plaintiff by mailing a copy of same, via first class mail, postage prepaid to counsel of record for plaintiff.  Signed under the pains and penalties of perjury.

                                                /s/ Alison G. Fabella
                                                Alison G. Fabella
                                                B.B.O. # 654858