UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID GOLDEN, et al          )
                             )
                             )
           Plaintiff,        )      CIVIL ACTION NO.
                             )        04-10835-MEL
     v.                      )
                             )
COUNTY OF SUFFOLK            )
           Defendant         )

## ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 13, 2007          /s/ George H. Howarth
Boston, Massachusetts              Deputy Clerk