UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID M. GOLDEN, et al.,
                    Plaintiffs

v.                                          CIVIL ACTION NO: 04-10835-MEL

COUNTY OF SUFFOLK
                    Defendant

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)**
**FOR THOMAS CROSBY**

The parties in the above-captioned matter hereby stipulate and agree pursuant to Rule

41(a) of the Federal Rules of Civil Procedure that the Plaintiff's, **Thomas Crosby**, claim in the

above matter is dismissed against all parties with prejudice, without costs and waiving all rights

of appeal.

Attorney for Plaintiff,                     Attorney for Defendant,

_____                     _____
Robert H. Tobin, Jr., Esq.                  Alison G. Fabella, BBO # 654858
Tobin and Tobin                             Assistant General Counsel
735 South Street                            Suffolk County Sheriff's Department
Roslindale, MA 02131-1705                   200 Nashua Street
(617) 325-1010                              Boston, MA  02114
                                            (617) 961-6678

Dated: August 30, 2007

1