UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID M. GOLDEN, et al.,
    Plaintiffs

v.

COUNTY OF SUFFOLK
    Defendant

CIVIL ACTION NO: 04-10835-MEL

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) FOR DAVID GOLDEN

The parties in the above-captioned matter hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the Plaintiff's, **David Golden**, claim in the above matter is dismissed against all parties with prejudice, without costs and waiving all rights of appeal.

Attorney for Plaintiff,

Robert H. Tobin, Jr., Esq.
Tobin and Tobin
735 South Street
Roslindale, MA 02131-1705
(617) 325-1010

Dated: August 30, 2007

Attorney for Defendant,

Alison G. Fabella, BBO # 654858
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 961-6678

1