UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID M. GOLDEN, et al.,<br>        Plaintiffs<br><br>v.<br><br>COUNTY OF SUFFOLK<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO: 04-10835-MEL<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)
FOR ROBERT WISNIEWSKI**

The parties in the above-captioned matter hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the Plaintiff's, **Robert Wisniewski**, claim in the above matter is dismissed against all parties with prejudice, without costs and waiving all rights of appeal.

Attorney for Plaintiff,

_____
Robert H. Tobin, Jr., Esq.
Tobin and Tobin
735 South Street
Roslindale, MA 02131-1705
(617) 325-1010

Dated: August 30, 2007

Attorney for Defendant,

_____
Alison G. Fabella, BBO # 654858
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 961-6678

1