```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                                      CIVIL NO. 04-10835MEL
_____
                              )   PLAINTIFF JOHN T. CONNOLLY'S
DAVID M. GOLDEN, ET ALS,      )   MOTION TO ENLARGE SCHEDULING
Plaintiffs,                   )   AND TO AMEND COMPLAINT
                              )   PURSUANT TO FED.R.CIV. P.15
          VS.                 )
                              )
COUNTY OF SUFFOLK,            )
Defendant                     )
_____)
```

Now comes the Plaintiff John T. Connolly and respectfully moves that the scheduling order be enlarged (as the discovery upon which this motion is based was only recently obtained at the deposition of the defendant on September 13, 2007) and that he be allowed to amend his complaint, as follows:

By adding the following language to the end of paragraph 7, to wit: "and without providing the plaintiff with a table to utilize as a safe means to ascend to and descend from said bed".

By his Attorney,

/S/ ROBERT H. TOBIN, JR.
_____
ROBERT H. TOBIN, JR.
TOBIN AND TOBIN, P.C.
735 South Street
Roslindale, MA 02131
Tel. (617) 325-1010
BBO NO. 499425

Dated: October 17, 2007

-1-

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

    Counsel for the Plaintiffs hereby certifies pursuant to Local Rule 7.1 that he contacted counsel for the Defendant by telephone on October 10, 2007, in an attempt to resolve the issues raised by the instant motion.

                                                /S/ ROBERT H. TOBIN, JR.
                                                _____
                                                Robert H. Tobin, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above
document was served upon the attorney of record by mail and fax

Date: October 17, 2007    /S/    ROBERT H. TOBIN, JR.