UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID M. GOLDEN, et. al., Plaintiffs | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO: 04-10835 |
| COUNTY OF SUFFOLK, Defendant | ) ) ) ) | |

**DEFENDANT SUFFOLK COUNTY'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, Suffolk County, and pursuant to Fed.R.Civ.P. 56(c) respectfully requests that this Honorable Court grant summary judgment in its favor.

As grounds therefore, Suffolk County contends that no genuine issues of material fact exist and it is entitled to Judgment as a Matter of Law on both Counts of the Plaintiffs' Complaint. Suffolk County further relies on the attached Memorandum of Law and Exhibits.

Respectfully submitted for,
Defendant, Suffolk County
By its attorney,

Date: November 9, 2007                                            /s/ Alison G. Fabella_____
                                                                                 Alison G. Fabella
                                                                                 BBO#654858
                                                                                 Assistant General Counsel
                                                                                 200 Nashua Street
                                                                                 Boston, MA 02114
                                                                                 (617) 961-6678

1

2

**Local Rule 7.1 Certification**

      I hereby certify that I conferred with counsel for the Plaintiff in an attempt to narrow the issues raised by Defendant's Motion for Summary Judgment.

                                      /s/ Alison G. Fabella\_\_\_\_\_
                                      Alison G. Fabella