UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID M. GOLDEN, et. al., | ) | |
| Plaintiffs | ) | |
|  | ) | |
| v. | ) | CIVIL ACTION NO: 04-10835 |
|  | ) | |
| COUNTY OF SUFFOLK, | ) | |
| Defendant | ) | |
|  | ) | |

## DEFENDANT SUFFOLK COUNTY'S ASSENTED TO MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Now comes the Defendant, Suffolk County and hereby moves that this Honorable Court grant it leave to file a Memorandum of Law in excess of the twenty-page limit of L.R. 7.1(B)(4). Defendant's Memorandum of Law in support of its Motion for Summary Judgment is twenty-five (25) pages in length. As grounds therefore, Defendant states that the Plaintiff's claims of negligence and deliberate indifference pertain to the conditions of his confinement at the Suffolk County House of Correction and cannot be adequately addressed in a memorandum of twenty pages.

Plaintiff has assented to this Motion and will suffer no prejudice by its allowance.

Wherefore, the Defendant respectfully requests that this Honorable Court grant its request to exceed the page limitations of Local Rule 7.1(B)(4) and allow it to file a twenty-five (25) page Memorandum of Law in Support of its Motion For Summary Judgment.

                                              Respectfully submitted,
                                              For Defendant Suffolk County

By its Attorney,

Date: November 9, 2007        /s/ Alison G. Fabella_____
                              Alison G. Fabella
                              BBO#654858
                              Assistant General Counsel
                              200 Nashua Street
                              Boston, MA 02114
                              (617) 961-6678

Local Rule Certification

I, Alison G. Fabella, hereby certify pursuant to Local Rule 7.1 that I have conferred with counsel for the Plaintiff and that counsel has assented to this motion.

/s/ Alison G. Fabella
Alison G. Fabella