```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
                              CIVIL NO. 04-10835-MEL
```

| | |
|---|---|
| DAVID M. GOLDEN, ET ALS, ) <br> Plaintiffs, ) <br> ) <br> VS. ) <br> ) <br> COUNTY OF SUFFOLK, ) <br> Defendant ) | PLAINTIFF JOHN <br> CONNOLLY'S MOTION <br> TO CHANGE CASE CAPTION |

Now comes the plaintiff John Connolly ("Connolly") and moves this Honorable Court that caption of this case be changed from "David M. Golden, Et Als vs. County of Suffolk" to "John Connolly vs. County of Suffolk", as the former plaintiff David M. Golden, as well as all former consolidated plaintiffs in this action with the exception of Connolly have dismissed their claims with prejudice , thus leaving Connolly as the only remaining active plaintiff in this case.

                                By his attorney,

                                /s/_____
                                ROBERT H. TOBIN, JR.
                                TOBIN AND TOBIN, P.C.
                                735 South Street
                                Roslindale, MA 02131
                                Tel. (617) 325-1010
                                B.B.O. NO.499425

Dated: 01/08/08

1

<u>CERTIFICATE OF COMPLIANCE</u>

    I, Robert H. Tobin, Jr., attorney for the plaintiff, hereby certify that the provisions of U.S.D.C. MA Local Rule 37.1(A) have been complied with prior to the filing of the instant motion.

                                    /s/_____
                                    ROBERT H. TOBIN, JR.