UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID M. GOLDEN, et al., )<br>        Plaintiffs )<br>)<br>)<br>)<br>v. )<br>)<br>COUNTY OF SUFFOLK )<br>        Defendant )<br>) | CIVIL ACTION NO: 04-10835-MEL |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)
### FOR EDWARD ELLIES

The parties in the above-captioned matter hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the Plaintiff's, **Edward Ellies**, claim in the above matter is dismissed against all parties with prejudice, without costs and waiving all rights of appeal.

Attorney for Plaintiff,

_____
Robert H. Tobin, Jr., Esq.
Tobin and Tobin
735 South Street
Roslindale, MA 02131-1705
(617) 325-1010

Attorney for Defendant,

/s/ Alison Fabella
_____
Alison G. Fabella, BBO # 654858
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 961-6678

Dated:

1