UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN CONNOLLY

    V.                                                      CIVIL ACTION NO. 04-10835-RGS

COUNTY OF SUFFOLK

# J U D G M E N T

STEARNS, DJ.                                                                                     FEBRUARY 8, 2008

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ENTERED ON FEBRUARY 1, 2008,

IT IS HEREBY ORDERED: JUDGMENT IS ENTERED FOR THE DEFENDANT, COUNTY OF SUFFOLK, ON COUNT II OF THE COMPLAINT. COUNT I IS DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                                                        RICHARD G. STEARNS
                                                                        UNITED STATES DISTRICT JUDGE

                    BY:

                                     /s/ Mary H. Johnson
                                    _____
                                      **Deputy Clerk**