To: Judge Richard G. STearns, U.S. Dist Judge,
John J. Moakley U.S. Courthouse, 1 Courthouse Way,
Boston, Mass. 02210

From: John T Connolly Jr., W92176 MCI-Concord
P.O. Box 9106, Concord Ma. 01742

Re: 2008 WL 281280, Connolly v. County of Suffolk, (D. Mass 2008).

Dear Judge Richard G STearns,

This above case is a case you ruled on. I would like you to know my deposition testimony is contradictive of the points you mention in your ruling in above case on page 3 in "Back Ground". #1) I was in prisons before like Plymoth PCCF which equip bunkbeds with ladders (in my deposition).
#2) I did previous complain and was previously injured from a top bunk accident (medically documented at So. Bay, with a bottom bunk medical class. ~~~~~~ at the time of previous accident and injury) (in my deposition).
#3) You quote 2002 as the year of my fall with statistics from 2002. The year of my fall was 2003 (in my deposition).
In your "discussion" you mention "based upon-

→ the pleadings, affidavits, and depositions," there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."

This in my opinion is not fair, to dismiss my case on false/untrue information.

Signed under the penalty of perjury on Monday, July 21, in the year 2008.

Respectfully Submitted,

John J. Connolly Jr.

W92176-MCI-CON(CC)
P.O. Box 9106
Concord, MA. 01742

Enclosed 24 Exhibits