To: Judge Richard G. Stearns, U.S. Dist Judge,
John J Moakley U.S. Courthouse, 1 Courthouse Way,
Boston, Mass. 02210

From: John T Connolly Jr., W91176 MCI-Concord
P.O. Box 9106, Concord Ma. 01742

Re: 2008 WL 281280, Connolly v. County of Suffolk
, (D. Mass 2008).


Dear Judge Richard G Stearns.

This above case is a case you ruled
on. I would like you to know my deposit-
ion testimony is contendictive of the points
you mention in your ruling in above case on
page 3 in "Back Ground". #1 I was in prisons
before like Plymouth A.C.C.F which equip bunkbeds
with ladders (in my deposition).
#2 I did previdus complain And was pea-
vrously injured from A top bunk Accident
(medically documented At So.Bay, with a bottom
bunk medical class. At the time of previous
accident And injury) I was my deposition).
#3 You quote 2002 as the year of my fall with
Statisics from 2002. The year of my fall was
2003 (in my deposition).
   In your discussion you mention "based upon-

the pleadings, affidavits, and depositions," there
is no genuine issue as to any material fact and that
the moving party is entitled to a judgment as a matter
of law."
    This in my opinion is not fair, to dismiss
my case on false/untrue information.

    Signed under the penalty of perjury on
Monday, July 21, in the year 2008.

                                Respectfully Submitted.
                                John V. Connolly.
                                W91176-MCI PON (OCC)
                                P.O. Box 9106
                                Concord, MA. 01742

Enclosed 24 Exhibits